**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Sherri Tulp, and | ) |
| | ) |
| | ) **ORDER GRANTING MOTION FOR** |
| Plaintiff, | ) **ADMISSION PRO HAC VICE** |
| | ) |
| vs. | ) |
| | ) |
| Donald Kosiak, M.D., and | ) |
| Wishek Hospital-Clinic Association, | ) Case No. 1:06-cv-027 |
| | ) |
| Defendants. | ) |

Before the court is Plaintiff's Motion for attorney Bradley G. Bonynge to appear *pro hac vice* on her behalf. In accordance with Local Rule 79.1(D), Mr. Bonynge has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, Plaintiff's motion (Docket No. 11) is **GRANTED**. Attorney Mr. Bonynge is admitted to practice before this court in the above-entitled action on behalf of Plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge